IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 7 - 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-00049-WYD-KMT

MARGRET THOMPSON,

    Plaintiff,

v.

CHILDREN'S HOSPITAL,
KEMPE CHILD PROTECTION TEAM,
ANDREW SIROTNAK,
LISA M. JUSTICE,
TAMMIE RAATZ,
TONI M. ROZANSKI,
MARCOS GONZALES,
TIFFANY BEAUFORD,
MARILYN ROBINSON, and
OTHER JANE OR JOE DOES, Individually and in Their Official Capacities,

    Defendants.

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff(s) leave to proceed in forma pauperis. It now is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendant(s). If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant(s). If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

Dated this 7th day of February, 2011.

BY THE COURT:


s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00049-WYD-KMT

Margret Thompson
3730 Jackson St.
Denver, CO 80205

US Marshal Service
Service Clerk
Service forms for: Children's Hospital, Kempe Child Protection Team, Andrew Sirotnak, Lisa M. Justice, Tammie Raatz, Toni M. Rozanski, Marcos Gonzales, Tiffany Beauford, and Marilyn Robinson.

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal for service of process on Children's Hospital, Kempe Child Protection Team, Andrew Sirotnak, Lisa M. Justice, Tammie Raatz, Toni M. Rozanski, Marcos Gonzales, Tiffany Beauford, and Marilyn Robinson: COMPLAINT FILED 01/07/11, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on February 7, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk