IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   11-cv-00049-WYD-KMT

MARGRET THOMPSON,

    Plaintiff,

v.

**CHILDREN'S HOSPITAL**;
KEMPE CHILD PROTECTION TEAM;
**ANDREW SIROTNAK**;
**LISA M. JUSTICE**;
TAMMIE RAATZ;
TONI M. ROZANSKI;
MARCOS GONZALES;
TIFFANY BEAUFORD;
MARILYN ROBINSON; and
OTHER JANE OR JOE DOES, Individually and in Their Official Capacities,

    Defendants.

---

**AMENDED ORDER AFFIRMING AND ADOPTING RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

---

THIS MATTER is before the Court on "Defendant the Children's Hospital and Lisa M. Justice's Motion to Dismiss Plaintiff's Complaint" (ECF No. 12), filed March 4, 2011 and "Andrew Sirotnak's Motion to Dismiss" (ECF No. 27), filed April 8, 2011.  The motions were referred to Magistrate Judge Kathleen M. Tafoya for a Recommendation by Order of Reference dated February 7, 2011.  Magistrate Judge Tafoya issued a Recommendation on May 11, 2011.  Specifically, Magistrate Judge Tafoya recommends that the pending motions be granted and this case dismissed against Defendants The Children's Hospital, Andrew Sirotnak and Lisa Justice.

(Recommendation at 12.)  The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b).

Magistrate Judge Tafoya advised the parties that written objections were due within fourteen (14) days after service of a copy of the Recommendation. (Recommendation at 13.)  Despite this advisement, no objections were filed to the Recommendation.[1]  No objections having been filed, I am vested with discretion to review the Recommendation "under any standard [I] deem[] appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); see also *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings").  Nonetheless, though not required to do so, I review the Recommendation to "satisfy [my]self that there is no clear error on the face of the record."[2]  See Fed. R. Civ. P. 72(b) Advisory Committee Notes.

Having reviewed the Recommendation, I am satisfied that there is no clear error on the face of the record.  I find that Magistrate Judge Tafoya's Recommendation is thorough, well reasoned and sound.  I agree with Magistrate Judge Tafoya that the pending motions should be granted for the reasons stated in both the Recommendation and this Order.

---

[1] I note that on May 26, 2011, I granted Plaintiff's motion for an extension of time up to an including June 9, 2011 to file objections to the Recommendation.  However, no objections have been filed to date.

[2] Note, this standard of review is something less than a "clearly erroneous or contrary to law" standard of review, Fed. R. Civ. P. 72(a), which in turn is less than a *de novo* review, Fed. R. Civ. P. 72(b).

Based on the foregoing, it is

ORDERED that the Recommendation of United States Magistrate Judge Tafoya (ECF No. 35), filed May 11, 2011, is **AFFIRMED** and **ADOPTED**.

In accordance therewith, it is

FURTHER ORDERED that the "Defendant the Children's Hospital and Lisa M. Justice's Motion to Dismiss Plaintiff's Complaint" (ECF No. 12), filed March 4, 2011 and "Andrew Sirotnak's Motion to Dismiss" (ECF No. 27), filed April 8, 2011 are **GRANTED** and Plaintiff's claims are **DISMISSED WITH PREJUDICE** against Defendants The Children's Hospital, Andrew Sirotnak and Lisa Justice.

Dated:  June 21, 2011

BY THE COURT:

s/ Wiley Y. Daniel  
Wiley Y. Daniel  
Chief United States District Judge