IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–00049–WYD–KMT

MARGRET THOMPSON, on behalf of herself and others similarly situated,

    Plaintiff,

v.

KEMPE CHILD PROTECTION TEAM,
TAMMIE RAATZ,
TONI M. ROZANSKI,
MARCOS GONZALES,
TIFFANY BEAUFORD, and
MARILYN ROBINSON, and other Jane or John Does, individually and in their official capacities,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

Plaintiff's "Motion for Status of Plaintiff's Motion for Assignment of Counsel" (Doc. No. 67, filed July 11, 2011) is GRANTED. Plaintiff's Motion for Assignment of Counsel (Doc. No. 39) was denied by this court on May 12, 2011.

Plaintiff's "Motion for Clarification and Permission to Access Electronic Filing Process as a Non-Lawyer" (Doc. No. 66, filed July 11, 2011) is GRANTED in part and DENIED in part. Plaintiff's Motion for Clarification is GRANTED. As to Plaintiff's paragraph 2, the court stated in its Minute Order resetting the Scheduling Conference that Plaintiff's attendance at the hearing was mandatory. (Doc. No. 60.) Additionally, the original Order setting the Scheduling Conference was mailed to the Plaintiff at 3730 Jackson Street, Denver, Colorado 80205, the address provided by Plaintiff, and stated that the conference would be held in Courtroom C-201, Second Floor, of the Byron Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado. The court notes that the Order (Doc. No. 14) was not returned as undeliverable. Moreover, neither Order stated that Plaintiff would be allowed to attend the Scheduling Conference by telephone.

As to Plaintiff's paragraph 3, it appears to be an admission, without explanation, that Plaintiff failed to comply with the court's orders.

Plaintiff's request for electronic filing access is DENIED. Pursuant to Rule III.3.2B. of the Electronic Case Filing Procedures (Civil Cases) for the United States District Court - District of Colorado, Plaintiff must apply to register as a participant in ECF by completing an ECF Registration Form - *Pro Se*, and submitting it to the Clerk's office.

Dated: July 12, 2011