IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   11-cv-00049-WYD-KMT

MARGRET THOMPSON,

    Plaintiff,

v.

KEMPE CHILD PROTECTION TEAM;
TAMMIE RAATZ;
TONI M. ROZANSKI;
MARCOS GONZALES;
TIFFANY BEAUFORD;
MARILYN ROBINSON; and
OTHER JANE OR JOE DOES, Individually and in Their Official Capacities,

    Defendants.

## ORDER AFFIRMING AND ADOPTING AMENDED RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

THIS MATTER is before the Court on the Amended Recommendation of Magistrate Judge Kathleen M. Tafoya (ECF No. 70).  Magistrate Judge Tafoya recommends that this matter be dismissed for failure to prosecute and failure to comply with court orders.  (Am. Recommendation at 1-2.)  The Amended Recommendation is incorporated herein by reference.  *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b).

Magistrate Judge Tafoya advised the parties that written objections were due within fourteen (14) days after service of a copy of the Amended Recommendation.  (Am. Recommendation at 6-7.)  Despite this advisement, no objections were filed to the Amended Recommendation.  No objections having been filed, I am vested with

discretion to review the Amended Recommendation "under any standard [I] deem[] appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); see also *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings").  Nonetheless, though not required to do so, I review the Amended Recommendation to "satisfy [my]self that there is no clear error on the face of the record."[1]  See Fed. R. Civ. P. 72(b) Advisory Committee Notes.

Having reviewed the Amended Recommendation, I am satisfied that there is no clear error on the face of the record.  I find that Magistrate Judge Tafoya's Amended Recommendation is thorough, well reasoned and sound.  I agree with Magistrate Judge Tafoya that dismissal of this case under Fed. R. Civ. P. 41(b), based on the Plaintiff's failure to prosecute, is appropriate.  I concur with the Amended Recommendation that this case be dismissed with prejudice as a sanction for the Plaintiff's failure to comply with the applicable rules and the orders of this court, and for the Plaintiff's failure to prosecute this case.

Based on the foregoing, it is

ORDERED that the Amended Recommendation of United States Magistrate Judge Tafoya (ECF No. 70), filed July 12, 2011, is **AFFIRMED** and **ADOPTED**.

In accordance therewith, it is

---

[1] Note, this standard of review is something less than a "clearly erroneous or contrary to law" standard of review, Fed. R. Civ. P. 72(a), which in turn is less than a *de novo* review, Fed. R. Civ. P. 72(b).

FURTHER ORDERED that under Fed. R. Civ. P. 41(b), this action is **DISMISSED WITH PREJUDICE** based on the Plaintiff's failure to prosecute this action. Judgment shall enter in favor of the Defendants against the Plaintiff. The Defendants are **AWARDED** their costs to be taxed by the Clerk of the Court under Fed.R.Civ.P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated: July 29, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge